

ATTORNEYS AT LAW
1865 NW 169th Place, Suite 208
Beaverton, OR 97006
Main: 503.828.1820
Fax: 503.828.1893
www.monsonlawoffice.com

Miles D. Monson
Admitted in OR & WA
miles@monsonlawoffice.com
Scott J. Mitchell
Admitted in OR & WA
scott@monsonlawoffice.com

December 6, 2023

**VIA ECF**
The Honorable Brian D. Lynch

Re: **Request to Appear by Phone**
*In re Joseph Michael Hursey*
Bankruptcy Case No.: 23-41836-BDL
Hearing Date & Time: December 13, 2023, at 1:30 PM
Hearing Location: Tacoma, WA

Dear Judge Lynch:

Our firm represents Advantis Credit Union ("Advantis"), a creditor of the debtor in the above-referenced bankruptcy case. A confirmation hearing is scheduled for December 13, 2023, in Tacoma, Washington. Our firm is located in Beaverton, Oregon. This letter is to request appearance by phone at the confirmation hearing, due to the distance of the court.

Thank you.

Very truly yours,

MONSON LAW OFFICE P.C.

Scott J. Mitchell

SJM:km

cc: John Sterbick (via ECF)
Michael G. Malaier (via ECF)
Client (via e-mail)

clients/385/1170/hursey.request.appear.phone.ltr